**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff

v.

AMBER CHABOLLA, et al.,

Defendants

Case No.: 2:26-cv-02325-APG-EJY

**Order Striking Certificates of Interested Parties**

I ORDER that plaintiff Zurich American Insurance Company's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Zurich's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER that defendant Anabel Hinojosa's certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Hinojosa's citizenship as required by that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by September 25, 2026.

DATED this 14th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE